Michael J. McCue (NV Bar No. 6055)
MMcCue@LRLaw.com
Jonathan W. Fountain (NV Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
AMERICAN CASINO &
ENTERTAINMENT PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARCHEX SALES, INC., a Delaware corporation,<br><br>Defendant. | COMPLAINT |

For its complaint, AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC ("ACEP") alleges the following:

**NATURE OF THE CASE**

This is an action for cybersquatting under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (the "ACPA"), and for trademark infringement under the Lanham Act, 15 U.S.C. § 1114(a), brought by ACEP, the owner of the ACEPLAY trademark. This action is brought against Defendant Marchex Sales, Inc. ("Defendant"), who is the registered owner and operator of the website located at <aceplay.com>. ACEP seeks damages, attorneys' fees, costs, and temporary, preliminary and permanent injunctive relief.

/ / /

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's causes of action arise under the laws of the United States, specifically, under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and the Lanham Act, 15 U.S.C. § 1114.

2. This Court has personal jurisdiction over Defendant resides and conducts business in Nevada.

3. Venue is proper in the United States District Court for the District of Nevada under 28 U.S.C. § 1391(b), (c), and/or (d).  Venue is proper in the unofficial Southern division of this Court.

## PARTIES

4. Plaintiff ACEP is a Delaware limited liability company with its principal place of business in Las Vegas, Nevada.

5. Upon information and belief, Defendant is a Delaware corporation with its principal place of business in Las Vegas, Nevada.  Defendant is the registered owner of the <aceplay.com> domain name, which is registered with eNom, Inc. ("eNom").

## ALLEGATIONS COMMON TO ALL COUNTS

6. ACEP is the holding company for entities that own and operate four (4) hotel casino properties: (1) the Stratosphere tower, hotel and casino; (2) Aquarius hotel and casino; (3) Arizona Charlie's Decatur hotel and casino; and (4) Arizona Charlie's Boulder hotel and casino. Aquarius is located in Laughlin, Nevada.  The other properties are located in Las Vegas, Nevada.

7. Many casinos and hotels have loyalty or reward clubs or programs in which actual or potential customers can enroll to receive special benefits, including discounts, complimentary products and services, special offers, and other rewards.  These benefits are often tied to the amount that the customer spends at the casinos and hotels that participate in the programs.

8. In 2009, ACEP decided to expand and rebrand its players rewards club. ACEP decided to call its players club by the name ACEPLAY.

9. In September 2009, ACEP relaunched its players club as ACEPLAY.  ACEP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

launched a web site at <aceplayinfo.com> through which consumers could obtain information about the club, including the levels of benefits available and current ACEPLAY members could create a login to review the information in their accounts.

10. In addition to the use on the website at <aceplayinfo.com>, ACEP is using the ACEPLAY mark in connection with registering players for the ACEPLAY program, issuing ACEPLAY rewards cards to players, advertising and marketing the ACEPLAY program through multiple means, and administering the ACEPLAY program with players, including providing program benefits.

11. ACEP has filed five United States trademark applications for the ACEPLAY mark, two of which have matured into registrations:

   a. On September 15, 2009, ACEP filed an intent-to-use U.S. trademark application serial No. 77/826,850 for the ACEPLAY word mark in International Class 16 in connection with "Printed matter, namely, brochures, catalogs, newsletters, and magazines in the field of customer incentive programs, casino and gaming services, special events featuring casino and gaming contests and tournaments, online computer games, sweepstakes and entertainment and education exhibitions; printed application forms; printed identification cards for use in customer loyalty programs; coupons and coupon books."

   b. On September 15, 2009, ACEP filed an intent-to-use U.S. trademark application serial No. 77/826,927 for the ACEPLAY word mark in International Class 35 in connection with "Administration of an incentive reward program enabling participants to obtain discounts and complimentary awards on goods and services through membership; and retail gift shop."

   c. On September 15, 2009, ACEP filed an intent-to-use U.S. trademark application serial No. 77/826,941 for the ACEPLAY word mark in International Class 41 in connection with "Casino and gaming services featuring a frequent customer reward program service which allows participants to earn discounts, free gifts and complementary admission to entertainment and educational events; entertainment services, namely, conducting special events featuring casino and gaming contests and tournaments, online computer games and

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

sweepstakes."

d. On October 20, 2009, ACEP filed a use-based U.S. trademark application serial No. 77/853,232 for the ACE PLAY design mark in International Class 35 in connection with "Administration of an incentive reward program enabling participants to obtain discounts and complimentary awards on goods and services through membership; and retail gift shop, and not in the fields of physical fitness training and education services with the foregoing limitation not to apply to discounts and complimentary awards and retail gift shop services offered at a hotel casino spa or hotel casino health club." The application cited a date of first use in commerce of September 2009. The application matured into a U.S. trademark registration No. 3,824,189 on July 27, 2010.

e. On October 20, 2009, ACEP filed a use-based U.S. trademark application serial No. 77/853,236 for the ACE PLAY design mark in International Class 41 in connection with "Casino and gaming services featuring a frequent customer reward program service which allows participants to earn discounts, free gifts and complementary admission to entertainment and educational events; entertainment services, namely, conducting special events featuring casino and gaming contests and tournaments, online computer games and sweepstakes." The application cited a date of first use in commerce of September 2009. The application matured into a U.S. trademark registration No. 3,859,348 on July 27, 2010.

f. The foregoing are referred to herein as the "ACEPLAY Marks," which have not been abandoned, cancelled, or revoked.

12. ACEP uses the ACEPLAY Marks in commerce in connection with advertising and promoting its properties in the United States and around the world and to provide, among other goods and services, casino services to Nevada residents and to the millions of people who visit Las Vegas, Nevada annually.

13. Based on its federal registrations and extensive use, ACEP owns the exclusive right to use the ACEPLAY Marks in connection with hotel, casino and related services and goods in the United States.

14. Defendant is using the <aceplay.com> domain name to display the webpage

shown in Figure 1 below. The webpage contains links to online gaming sites and links to ACEP's properties, including the Stratosphere, Arizona Charlie's and Aquairus. Upon information and belief, Defendant receives advertising or "click-through" revenue from the operators of these online casinos when visitors to the <aceplay.com> website click on one of the links on the page.



Figure 1

15. The website indicates that the <aceplay.com> domain name "may be for sale."

**COUNT I**
(Cybersquatting under
the Lanham Act, 15 U.S.C. § 1125(d))

16. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

17. The Defendant has registered, trafficked in, and/or used the <aceplay.com> domain name.

18. The <aceplay.com> domain name is confusingly similar to the ACEPLAY Marks.

19. The ACEPLAY Marks are inherently distinctive.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2883322.1

20. Upon information and belief, by using the <aceplay.com> domain name in connection with links to ACEP's properties, online gaming websites, and other third party services, the Defendant has a bad faith intent to profit from its use of the <aceplay.com> domain name.

21. As a direct and proximate result of the Defendant's use of the <aceplay.com> domain name, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

**COUNT II**
(Trademark Infringement under
the Lanham Act, 15 U.S.C. § 1114(a))

22. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

23. Defendant's use of the <aceplay.com> domain name constitutes a reproduction, copying, counterfeiting, and colorable imitation of the ACEPLAY Marks in a manner that is likely to cause confusion or mistake or is likely to deceive consumers.

24. Plaintiff has not authorized or otherwise consented to Defendant's use of the ACEPLAY Marks within the <aceplay.com> domain name or on the website located at <aceplay.com>.

25. Defendant's unauthorized use of the ACEPLAY Marks is likely to cause initial interest confusion by diverting Internet users away from Plaintiff's websites to Defendant's <aceplay.com> website.

26. As a direct and proximate result of Defendant's infringement of the ACEPLAY Marks, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. A temporary, preliminary, and permanent injunction prohibiting the Defendant and its respective officers, agents, servants, employees, and/or all other persons acting in concert or participation with them, from: (1) trafficking in, or maintaining a registration for, any Internet

1 domain name containing the ACEPLAY Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs; and (2) using the ACEPLAY Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce (including, but not limited to, on websites, in domain names, in social network user names, in hidden website text or in metatags);

    B.    A temporary, preliminary, and permanent injunction requiring the current domain name registrar to transfer the registration for the <aceplay.com> domain name to Plaintiff;

    C.    An award of compensatory, consequential, statutory, and/or punitive damages to Plaintiff in an amount to be determined at trial;

    D.    An award of interest, costs and attorneys' fees incurred by Plaintiff in prosecuting this action; and

    E.    All other relief to which Plaintiff is entitled.

Dated: this 20th day of June, 2012

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Michael J. McCue
Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC